■ In the Matter of EDWARD BAIN, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [5 NYS3d 924]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner, a prison inmate, commenced this CPLR article 78 proceeding to challenge a tier III disciplinary determination that found him guilty of a phone program violation. The Attorney General has informed this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to him. In view of this, and given that petitioner has received all the relief to which he is entitled, the matter is dismissed as moot (*see Matter of Rivas v New York State Dept. of Corr. & Community Supervision*, 125 AD3d 1031, 1031 [2015]; *Matter of Pasley v Annucci*, 122 AD3d 1039, 1039 [2014]).

Lahtinen, J.P., McCarthy, Rose and Lynch, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.